**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PASQUALE DIPOFI,

    Petitioner,                                             Civil No. 2:08-10635
                                                            HONORABLE PAUL D. BORMAN
v.                                                        UNITED STATES DISTRICT JUDGE

C. EICHENLAUB,

    Respondent,
_____/

**OPINION AND ORDER DENYING THE MOTION TO AMEND JUDGMENT**

On July 14, 2008, this Court denied petitioner's application for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. *DiPofi v. Eichenlaub,* 2008 WL 2745143 (E.D.Mich. July 14, 2008). On August 4, 2008, petitioner filed a motion to amend judgment with the Court pursuant to Fed. R. Civ. P. 59(e). While this motion was pending, petitioner filed a notice of appeal with the United States Court of Appeals for the Sixth Circuit on September 2, 2008. [**Docket No: 16**]. For the reasons stated below, the motion to amend judgment is DENIED.

It is well settled that the filing of a notice of appeal transfers jurisdiction over the merits of the appeal to the appellate court. *Workman v. Tate*, 958 F. 2d 164, 167 (6th Cir. 1992). Because petitioner has filed a notice of appeal, this Court lacks jurisdiction to amend its original opinion and order to consider the merits of petitioner's case. *Id.* at 167-68. In light of the fact that a notice of appeal has been filed, this Court likewise does not have the authority to re-open petitioner's habeas case pursuant to Fed. R. Civ. P. 59. *See Jones v. Kolb,* 83 Fed. Appx. 779, 781 (6th Cir. 2003); *See also Raum v. Norwood,* 93 Fed. Appx. 693, 695 (6th Cir. 2004)(Plaintiffs deprived district court of jurisdiction over their motion for reconsideration by filing notice of

1

appeal before district court had chance to make decision on motion to reconsider).

IT IS HEREBY ORDERED that Petitioner's Motion to Amend Judgment Under Rule 59(e) **[Docket No: 14, filed August 4, 2008]** is **DENIED**.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 11, 2008.

        s/Denise Goodine
        Case Manager